UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
UNITED STATES OF AMERICA,

       - against -

                                      07 Cr. 817 (DAB)
                                          ORDER

NELSON WEISBERG,
                     Defendant.
----------------------------------------X

DEBORAH A. BATTS, United States District Judge.

    The Court is in receipt of a Memorandum from the Probation Department, dated June 13, 2008, requesting an adjournment of Defendant Nelson Weisberg's sentencing date of July 28, 2008 in order to allow additional time to complete the Pre-sentence Report. The Probation Department advises that the Defendant's attorney has been unable to contact him and thus the Probation Department has been unable to complete the Pre-sentence Report. The Court hereby adjourns the Defendant's date of sentencing <u>sine die</u>.

    The Parties shall complete submission of all substantive pre-sentencing arguments and information that they might wish to present at sentencing to Chambers no later than fourteen (14) days after the final version of the Pre-sentence Report is disclosed. Even if the Parties completely concur with the recommendations of the Probation Department's Pre-sentencing Report or if a Party has no response to the opposing Party's pre-sentencing submission, the Court nonetheless requires a written statement to that effect submitted to Chambers by that date.

    Once the Parties' pre-sentencing submissions are received in Chambers, the Court will contact the Parties to schedule a sentencing date.

SO ORDERED.

Dated:    New York, New York
             June 19, 2008

                                                  DEBORAH A. BATTS
                                          United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/2008